ACCEPTED
03-14-00095-CR
3609820
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 8:35:33 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00095-CR

| | | |
|---|---|---|
| **CHARLES VILLAREAL** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 8:35:33 AM
JEFFREY D. KYLE
Clerk

## FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

## TO THE HONORABLE JUDGES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 60 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted of aggravated sexual assault of a child on January 15, 2014. Appellant's brief was originally due on June 16, 2014; after filing five motions for extension, Appellant filed his brief with the Court on December 3, 2014. The State's brief is currently due on January 2, 2015.

### II.

Assistant District Attorney Chari Kelly is handling this appeal for the State. On December 2, 2014, Ms. Kelly's mother was admitted to an Intensive Care Unit (ICU) in Round Rock, Texas. Ms. Kelly's mother remained in the ICU until her passing on December 7, 2014. Ms. Kelly did not return to the office until December 15, 2014 and made court appearance on other cases from December 15-

1

18, 2014. She will be out of state for the burial of her mother from January 1-4, 2015. Additionally, Ms. Kelly will be preparing for an oral argument before the Thirteenth Court of Appeals on January 6, 2015 in cause number 13-13-00416-CR, and three separate Attempted Capital Murder trials on January 12-16th, January 20-27th, and February 2-6, 2015. Given Ms. Kelly's unexpected family circumstances, she has not had the opportunity to research the issues raised in the Appellant's brief and needs additional time to prepare an adequate response to Appellant's brief. This is the first extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 60 days, until March 3, 2015 so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**, SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, assistant district attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *First Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant CHARLES VILLAREAL's attorney of record in this matter:

Atanacio Campos
atanacio@aol.com
P.O. Box 310859
New Braunfels, TX 78131
Tel: (830) 620-1515
Fax: (830) 620-5334

By electronically sending it through ProDoc e-filing this 30th day of December, 2014.

/s/ Joshua D. Presley
**Joshua D. Presley**